## SIMPSON *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 32, September Term, 1961.]

*Decided November 17, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set forth in the opinion of the court below.